Same case below, 427 Fed. Appx. 448.

**No. 11-6642. Donald Ellery Carter, Petitioner v. United States.**

565 U.S. 993, 132 S. Ct. 538, 181 L. Ed. 2d 377, 2011 U.S. LEXIS 7629.

October 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 428 Fed. Appx. 483.

**No. 11-6643. Reginald Lamar, Petitioner v. United States.**

565 U.S. 993, 132 S. Ct. 538, 181 L. Ed. 2d 377, 2011 U.S. LEXIS 7663.

October 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 419 Fed. Appx. 704.

**No. 11-6650. Martin Valadez, Petitioner v. United States.**

565 U.S. 993, 132 S. Ct. 538, 181 L. Ed. 2d 377, 2011 U.S. LEXIS 7638.

October 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

**No. 11-6651. Peter F. Paul, Petitioner v. United States.**

565 U.S. 993, 132 S. Ct. 538, 181 L. Ed. 2d 377, 2011 U.S. LEXIS 7645.

October 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 634 F.3d 668.

**No. 11-6652. James McCaw, Petitioner v. United States.**

565 U.S. 993, 132 S. Ct. 538, 181 L. Ed. 2d 377, 2011 U.S. LEXIS 7624.

October 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

**No. 11-6653. Freddie Lee Curry, Petitioner v. United States.**

565 U.S. 993, 132 S. Ct. 539, 181 L. Ed. 2d 377, 2011 U.S. LEXIS 7696.

October 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 437 Fed. Appx. 253.

**No. 11-6659. Rodolfo Sanabria Sanchez, Petitioner v. United States.**

565 U.S. 993, 132 S. Ct. 539, 181 L. Ed. 2d 377, 2011 U.S. LEXIS 7654.

October 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 431 Fed. Appx. 664.

**No. 11-6662. Royce Demond Rice, Petitioner v. United States.**

565 U.S. 994, 132 S. Ct. 539, 181 L. Ed. 2d 377, 2011 U.S. LEXIS 7631.

October 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 431 Fed. Appx. 289.